IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOANNE BARKMAN,

      Petitioner,

v.

BRIGHT HOUSE NETWORKS,
LLC and ESIS,

      Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5349

Opinion filed September 1, 2017.

Petition for Writ of Certiorari – Original Jurisdiction.

Bill McCabe, Longwood, for Petitioner.

Gregory A. Brooks, DeeAnn J. McLemore and Ashley M. Fromm of the Law Firm
of Banker Lopez Gassler, P.A., St. Petersburg, for Respondents.

PER CURIAM.

      DISMISSED.

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.